UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-cv-22782-CIV-WMH

ARMANDO REYES, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

HARVARD RETAIL CORP.,
a Florida corporation

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW, the Plaintiff, ARMANDO REYES, by and through the undersigned counsel, hereby notifies this Honorable Court that the parties have reached an agreement in principle to resolve all matters pertaining to the instant action. The parties are in the process of finalizing documentation related to the agreement, and they will file appropriate documentation for the Court's review as soon as it is finalized and agreed upon. The parties anticipate that they will be able to file such documentation within sixty (60) days of the date of this filing and also request that any pending scheduled case events be cancelled as moot.

DATED: April 4, 2011

    Respectfully submitted,

    MILITZOK & LEVY, P.A.
    *Attorneys for Plaintiff*
    The Yankee Clipper Law Center
    3230 Stirling Road, Suite 1
    Hollywood, Florida 33021
    (954) 727-8570 - Telephone
    (954) 241-6857 – Facsimile
    bjm@mllawfl.com

    By: /s/ Brian Militzok
    BRIAN J. MILITZOK, ESQ
    Fla. Bar No.: 0069993
    *Attorneys for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF. I also hereby certify that a true and correct copy of the foregoing has been sent to Cristian D. Valois, Esq., HERNANDEZ & HICKS, P.A., 5800 N. Andrews Avenue, Fort Lauderdale, Florida 33310 either via transmission of Notices of Electronic Filing generated by CM / ECF or other authorized manner if not authorized to receive Notices of Electronic Filing.

/s/ Brian J. Militzok
Brian J. Militzok